IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEEMARKO HOUSTON**                                                     **PLAINTIFF**

V.                  **CASE NO. 4:23-cv-00796 JM**

**CITY OF MORRILTON,**
**MORRILTON POLICE DEPARTMENT**                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE